IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGIL E. HOLT,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>A. K. SCRIBNER, et al.,<br><br>　　　　Defendant(s). | 1:06-CV-1719 AWI SMS P<br><br>ORDER VACATING COURT'S ORDER OF JANUARY 11, 2007<br><br>ORDER DISREGARDING MOTION FOR EXTENSION OF TIME AS MOOT<br><br>(DOCUMENT #4, 6) |

　　　　Plaintiff is a prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On January 11, 2007, the court issued an order for plaintiff to submit an application to proceed in forma pauperis. On February 12, 2007, plaintiff filed a motion for extension of time to submit his application to proceed in forma pauperis. However, plaintiff previously filed a motion to proceed in forma pauperis together with a certified copy of his trust account statement, the motion for extension of time is disregarded as moot.

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1. The court's order of January 11, 2007 is hereby VACATED;

　　　　2. Plaintiff's motion for extension of time is disregarded as MOOT.

IT IS SO ORDERED.

**Dated:     March 12, 2007**　　　　　　　　/s/ Sandra M. Snyder
b6edp0　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE