IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGIL E. HOLT, | 1:06-cv-01719-SMS (PC) |
|     Plaintiff, | ORDER CONSTRUING REQUEST AS A MOTION TO EXTEND TIME |
| vs. | |
| A. K. SCRIBNER, et al., | ORDER GRANTING FIRST MOTION TO EXTEND TIME TO FILE AMENDED COMPLAINT |
|     Defendants. | (DOCUMENT #17) |
| _____/ | THIRTY DAY DEADLINE |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On November 17, 2008, plaintiff filed a request for the court to notify him of his case number so that he can file a motion to extend time to file his amended complaint. Plaintiff's request is construed as a motion to extend time to file his amended complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

    1.    Plaintiff's request is construed as a motion to extend time to file his amended complaint;

    2.    Plaintiff's motion to extend time is GRANTED; and

    3.    Within thirty (30) days from the date of service of this order, plaintiff shall file his amended complaint, pursuant to the court's order of October 30, 2008.

IT IS SO ORDERED.

**Dated:   November 25, 2008**         /s/ Sandra M. Snyder
                                                            UNITED STATES MAGISTRATE JUDGE