UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(CIVIL MINUTE ORDER)

Case No.  CV-06-1719-TUC-DCB                              Date: May 20, 2010

Title: *Holt v. Scribner, et al.*

## HONORABLE DAVID C. BURY

Proceedings:            _____Open Court        _____Chambers        X   Other

On April 26, 2010, Plaintiff filed a Motion for 60-day Extension of Time to comply with pretrial discovery.  On May 17, 2010, Plaintiff filed a Motion for Stay and Abeyance.

PLEASE TAKE NOTICE:

IT IS ORDERED that Plaintiff's Motion for 60-day Extension of Time (Doc. No. 45) is GRANTED to June 18, 2010 and Plaintiff's Motion for Stay (Doc. No. 46) is DENIED.

DATED this 20th day of May, 2010.

David C. Bury
United States District Judge