# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Virgil E. Holt, | CV-1-06-1719-DCB  P |
| Plaintiff, | **ORDER** |
| vs. | |
| A. K. Scribner, et al., | |
| Defendants. | |

This case came on for hearing on the ex parte application of defendants for an order continuing the current discovery and dispositive motion deadlines for 90 days.  Good cause having been shown,

IT IS HEREBY ORDERED that:

1. The defendants have until September 16, 2010 within which to complete discovery or alternatively, file a motion to compel the same.

2. The defendants have until November 18, 2010 within which to file pre-trial dispositive motions.

DATED this 21st day of June, 2010.

David C. Bury
United States District Judge