IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Virgil E. Holt, | ) | No. CV 1-06-1719-DCB P |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| A.K. Scribner, et al., | ) | |
| Defendants. | ) | |

    Plaintiff filed a Motion for Stay and Abeyance.

    IT IS ORDERED that Plaintiff's Motion for Stay and Abeyance (Doc. No. 49) is DENIED. A new case schedule was filed in this action on June 23, 2010, which should alleviate the need for any further delay.

    DATED this 24th day of June, 2010.

David C. Bury
United States District Judge

JDDL