IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Virgil E. Holt,<br><br>    Plaintiff,<br><br>vs.<br><br>A.K. Scribner, et al.,<br><br>    Defendants. | No. CV 1-06-1719-DCB P<br><br>**ORDER** |

    Plaintiff filed a Motion for Injunctive Relief and Motion for Additional Time to Respond to Discovery Request. Both motions involve the same issue of Plaintiff requiring more time to comply with discovery requests.

    Accordingly,

    IT IS ORDERED that both motions (Docs. 57 and 60) are denied as moot. The Court extended the dates contained in the scheduling order of concern to the Plaintiff after these motions were filed.

    DATED this 2nd day of December, 2010.

David C. Bury
United States District Judge

JDDL