# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| VIRGIL E. HOLT, | ) | NO.   1:06-cv-1719 DCB |
| | ) | |
| Plaintiff, | ) | **ORDER ON EX PARTE APPLICATION FOR EXTENSION OF TIME TO RESPOND TO DISCOVERY** |
| vs. | ) | |
| | ) | **[E.D. Local Rule 144]** |
| A.K. SCRIBNER, et. al. | ) | |
| Defendants. | ) | |

    This case came on for hearing on the ex parte application of Defendants Kim, Hadsadsri and Chacon for an order granting Defendants a 21 day enlargement of time to respond to the written discovery propounded upon them. Good cause having been shown.

    IT IS HEREBY ORDERED THAT the Defendants have until January 21, 2011 within which to respond to the following written discovery propounded upon each of them by Plaintiff:

1. Special Interrogatories, Set One.

2. Request for Production of Documents, Set One

3. Request for Admissions, Set One.

DATED this 3rd day of January, 2011.

                                                   David C. Bury
                                           United States District Judge