UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(CIVIL MINUTE ORDER)

Case No.  1:CV-06-1719-TUC-DCB P                    Date: May 16, 2011

Title: Holt v. Scribner

## HONORABLE DAVID C. BURY

Proceedings:         _____Open Court        _____Chambers      X   Other

PLEASE TAKE NOTICE:

IT IS ORDERED that Plaintiff's Motion for Extension of Time to File Opposition to Defendants' Motion for Summary Judgment (Doc. 72) is GRANTED to June 20, 2011.

DATED this 23rd day of May, 2011.

David C. Bury
United States District Judge