UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(CIVIL MINUTE ORDER)

Case No.  CV-06-1719-TUC-DCB                                              Date: June 16, 2011

Title: Holt v. Scribner, et al.

**HONORABLE DAVID C. BURY**

Proceedings:            _____Open Court         _____Chambers         X   Other

On February 28, 2011, Defendants filed a Motion for Summary Judgment.  Plaintiff has requested a second extension of time to file a response.  This will be the final extension granted.

Accordingly,

IT IS ORDERED that the Motion (Doc. 74) is GRANTED to August 26, 2011.  If Plaintiff's response is not filed with the Court by that date, **the Clerk of the Court is directed to enter judgment in favor of Defendants and dismiss this action without further notice to the Plaintiff.**

DATED this 16th day of June, 2011.

David C. Bury
United States District Judge